UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMAN WADDILL, | CASE NO. CV F 08-0614 LJO DLB |
| Plaintiff, | **ORDER AFTER SETTLEMENT** (Doc. 36.) |
| vs. | |
| AT&T UMBRELLA BENEFIT PLAN NO. 1, | |
| Defendant. _____ / | |

Counsel for defendant filed a notice of settlement of this action. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, no later than October 15, 2009, to file papers to dismiss this action in its entirety, or to show cause why settlement is not completed to permit dismissal of this action.

This Court VACATES all court dates and pending matters, including the September 8, 2009 pretrial conference and September 21, 2009 trial.

Failure to comply with this order may be grounds for the imposition of sanctions on any and all counsel or parties who contributed to the violation of this order. *See* Local Rule 16-160 and 16-272.

IT IS SO ORDERED.

**Dated:   September 4, 2009**            /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE