JESSE S. KAPLAN (State Bar No. 103726)
5441 Fair Oaks Blvd., Suite C-1
Carmichael, California  95608
Telephone:  (916) 488-3030
Facsimile:  (916) 489-9297

Attorneys for Plaintiff
LYMAN WADDILL


LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
SUSAN T. KUMAGAI (State Bar No. 127667)
REBECCA KIMURA (State Bar NO. 220420)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
AT&T UMBRELLA BENEFIT
PLAN NO. 1

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMAN WADDILL,<br><br>        Plaintiff,<br><br>vs.<br><br>AT&T UMBRELLA BENEFIT PLAN NO. 1,<br><br>        Defendant | Case No.  1:08-cv-00614-LJO-DLB<br><br>**STIPULATION OF DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

1    Dated:   October 7, 2009                    LAFAYETTE & KUMAGAI LLP

2

3                                                /s/ Susan T. Kumagai
                                                 SUSAN T. KUMAGAI
4                                                Attorneys for Defendant
                                                 AT&T UMBRELLA BENEFIT PLAN NO. 1
5

6
     Dated:   October 7, 2009                    /s/ Jesse S. Kaplan
7                                                JESSE S. KAPLAN
                                                 Attorneys for Plaintiff
8                                                LYMAN WADDILL

9

10          On the above Stipulation filed in this action on October 7, 2009,

11          IT IS SO ORDERED.

12

13   Dated: October 7, 2009                      /s/ Lawrence J. O'Neill
                                                 HON. LAWRENCE J. O'NEILL
14                                               United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER                                      2
 (Case No. 1:08-CV-0614 LJO DLB)